479 A.2d 1122

Commonwealth, Appellant, v. Neary.

570

Submitted February 3, 1984. James P. Gregor, Assistant District Attorney, for Commonwealth, appellant; Anne C. Tiracchia, Public Defender, for appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order affirmed.